[No. 33015-6-II.   Division Two.   August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FELETI PETER SUE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05521-6, D. Gary Steiner, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.

[No. 34054-2-II.   Division Two.   August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LAWRENCE HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01927-3, Ronald E. Culpepper, J., entered November 17, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34259-6-II.   Division Two.   August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY ELDON GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02985-8, John A. McCarthy, J., entered December 2, 2005. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.